NO. 07-00-0588-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 12, 2002
_____

ALLEN CATTERSON, MD. AND
KELSEY-SEYBOLD CLINIC MEDICAL GROUP

Appellant

v.

PATTY MARTIN, INDIVIDUALLY AND
BEHALF OF THE ESTATES OF DONALD F. MARTIN,
AND AS NEXT FRIEND OF APRIL NICOLE MARTIN,
A MINOR CHILD

Appellee
_____

FROM THE 152ND DISTRICT COURT OF HARRIS COUNTY;

NO. 1994-10440; HON. HARVEY BROWN, PRESIDING
_____

Before BOYD, C.J., QUINN and JOHNSON, J.J.

Pending is the joint motion to "vacate the trial court's judgment and dismiss the appeal." Both parties represent that they no longer desire to appeal given that they "have entered into a confidential agreement resolving this matter." Accordingly, the motion is granted and the appeal is dismissed pursuant to Texas Rule of Appellate Procedure 42.1(a)(2).

Having dismissed the appeal at the personal request of the parties, no motion for rehearing will be entertained, and the mandate will issue forthwith.

Per Curiam

Do not publish.